**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| Harsh Motwani,<br><br>          Plaintiff<br><br>v.<br><br><br>Joseph B. Edlow, et al,<br><br>          Defendants. | Case No.: 4:25-cv-11035-KAW<br><br>**ORDER GRANTING REMOTE APPEARANCE** |

Plaintiff and Defendants' joint motion to appear remotely at the motion to dismiss hearing scheduled for April 16 at 1:30pm is GRANTED.

Counsel shall comply with the Court's Standing Order on Procedures for Remote Appearances, available online at http://cand.uscourts.gov/kaworders.

IT IS SO ORDERED.

Dated: <u>March 26, 2026</u>

_____
KANDIS A. WESTMORE
United States Magistrate Judge