UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARSH MOTWANI,

      Plaintiff,

  v.

JOSEPH B. EDLOW, et al.,

      Defendants.

Case No. 4:25-cv-11035-KAW

**ORDER VACATING HEARING AND REQUIRING SUPPLEMENTAL BRIEFING REGARDING MOTION TO DISMISS**

Re: Dkt. No. 9

On December 29, 2025, Plaintiff Harsh Motwani filed a complaint challenging the Government's failure to adjudicate his I-485 Application to Register Permanent Residence or Adjust Status ("I-485 Application") within "a reasonable time." (Compl., Dkt. No. 1)

On March 9, 2026, Defendants filed a motion to dismiss on the grounds that the district court lacked subject matter jurisdiction over this pace of adjudication claim pursuant to the jurisdiction-stripping provision of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1252(a)(2)(b)(ii). (Dkt. No. 9 at 2.)

On April 8, 2026, Magistrate Judge Susan van Keulen issued an order denying the Government's motion to dismiss in a similar case involving an I-485 Application. Order Denying Mot. to Dismiss, *Gao v. Mullin, et. al.,* No. 25-cv-01479-SVK (N.D. Cal. Apr. 8, 2026), ECF No. 24. The undersigned finds Judge van Keulen's reasoning persuasive and well-reasoned, as there is a material difference between reviewing a final order for immigration benefits—which is discretionary and not reviewable—and reviewing whether the Government is performing its mandatory duty to act on an I-485 application, rather than delaying such action indefinitely. *See id.* at 6 (citations omitted).

Accordingly, the Court VACATES the hearing set for April 16, 2026, and orders the

parties to provide supplemental briefing addressing the *Gao* decision and what this Court should do in this case considering its reasoning. Defendants shall file their supplemental brief on or before April 22, 2026, and Plaintiff's response is due on or before April 29, 2026. The supplemental briefs shall not exceed five pages. The Court will reset the motion for hearing if oral argument is deemed necessary. Otherwise, the motion will be decided on the papers pursuant to Civil Local Rule 7-1(b).

Alternatively, in the interest of judicial economy, the parties are invited to meet and confer regarding a stipulation withdrawing the pending motion to dismiss and setting a briefing schedule for the parties' cross-motions for summary judgment.

IT IS SO ORDERED.

Dated: April 13, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California

2