UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARSH MOTWANI,

Plaintiff,

v.

JOSEPH B. EDLOW, et al.,

Defendants.

Case No. 4:25-cv-11035-KAW

ORDER TO SHOW CAUSE TO DEFENDANTS

Dkt. No. 32

On June 22, 2026, the Court denied Defendants' motion to dismiss and set September 11, 2026 as the last day to file the motion for summary judgment. (Dkt. No. 30 at 5.)

Defendants, however, did not file the motion until 8:48 AM on September 12, 2026, and they did so without concurrently filing an administrative motion under Civil Local Rule 7-11 to forgive the late filing. (*See* Mot., Dkt. No. 32.) The Court notes that the motion itself is dated September 10, 2026. (Mot. at 10.)

IT IS HEREBY ORDERED that, by no later than September 21, 2026, Defendants shall SHOW CAUSE why the pending motion for summary judgment should not be denied as untimely.

Notwithstanding, the current briefing schedule remains in effect, so Plaintiff should be prepared to timely file his opposition on or before October 13, 2026.

IT IS SO ORDERED.

Dated: September 14, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California